UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ADRIAN HUERTA. | Case No. 24-cv-03518-JST<br><br>**ORDER OF DISMISSAL** |

On June 11, 2024, the Court docketed a 6-page pleading received from Plaintiff. ECF No. 1. Because Plaintiff appeared to be seeking action from the Court, the Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, informing Plaintiff that the action was deficient because he did not submit the proper case-initiating forms – (1) a civil rights complaint on the civil rights complaint by prisoner form and (2) either the filing fee or an application to proceed *in forma pauperis*. ECF Nos. 3, 4. The Court sent Plaintiff a blank form civil rights complaint by prisoner form and a blank *in forma pauperis* application form. *Id.* The Court informed Plaintiff that, by July 9, 2024, he must submit both (1) a signed and completed complaint on the proper form, and (2) either pay the filing fee or submit a signed and completed in forma pauperis application, or this action would be dismissed without prejudice. *Id.* On July 1, 2024, the Court's June 11, 2024 deficiency notices were returned to the Court as undeliverable, with the notation that Plaintiff's forwarding address was unknown. ECF No. 5.

The deadline to file a complaint on the proper form and to either pay the filing fee or submit an application to proceed *in forma pauperis* has passed, and Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED for failure to submit a signed and completed complaint on the proper form, and to file an *in forma pauperis* application or pay the

filing fee.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by both (1) a signed and completed complaint on the proper form; and (2) either the filing fee or an application to proceed *in forma pauperis*. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, and close the case.

**IT IS SO ORDERED.**

Dated:  August 16, 2024



JON S. TIGAR
United States District Judge